Opinion issued October 27, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00804-CV

———————————

In re DENISE mARIE pAVLAT, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

Relator Denise Marie Pavlat filed
a petition for writ of mandamus challenging the trial court’s[*] August 31, 2011 temporary
orders that gave her former husband the exclusive right to designate the
primary residence of their minor children. 
We deny the petition for writ of mandamus.  

PER CURIAM

Panel
consists of Justices Keyes, Higley, and Massengale.











[*]
          The underlying case is In the Interest of M.R.D. and T.W.D.,
Children, Cause No. 40421, in the 300th District Court of Brazoria County,
Texas.  The respondent is the Honorable Jeri
Lee Mills.